1 | EDWARD J. RODZEWICH, ESQ. – State Bar No. 159466
**VALERIAN, PATTERSON & STRATMAN**
2 | 1650 Harbor Bay Parkway, Suite 100
Alameda, CA 94502-3013
3 | Phone: (510) 521-0612
Fax: (510) 337-0125
4 |
Attorney for Defendants,
5 | TRINITY MANAGEMENT SERVICES, ANGELO SANGIACOMO, AS TRUSTEES OF THE SANGIACOMO FAMILY TRUST, YVONNE F. SANGIACOMO, AS TRUSTEES OF THE
6 | SANGIACOMO FAMILY TRUST

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| GERALD PRENDERGAST,                               | Case No.: 3:08-CV-03046-EMC                                        |
|---------------------------------------------------|--------------------------------------------------------------------|
| Plaintiff,                                        |                                                                    |
| vs.                                               | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**     |
| TRINITY MANAGEMENT SERVICES, ANGELO SANGIACOMO, AS TRUSTEES OF THE SANGIACOMO FAMILY TRUST, YVONNE F. SANGIACOMO, AS TRUSTEES OF THE SANGIACOMO FAMILY TRUST, |                                                                    |
| Defendants.                                       |                                                                    |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED: August 29, 2008

VALERIAN, PATTERSON & STRATMAN

BY: /s/
EDWARD J. RODZEWICH, ESQ.
Attorney for Defendants, Trinity Management Services, Angelo Sangiacomo, as Trustees of the Sangiacomo Family Trust, Yvonne F. Sangiacomo, as Trustees of the Sangiacomo Family Trust

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE - 1