| | |
|---|---|
| 1 | JOEL K. LIBERSON (SBN: 164857) Joel@libersonwolford.com |
| | JASON N. WOLFORD (SBN: 194177) Jason@libersonwolford.com |
| 2 | LIBERSON & WOLFORD LLP |
| | 660 Market Street, 5th Floor |
| 3 | San Francisco, CA 94104 |
| | Telephone: (415) 677-4110 |
| 4 | Facsimile: (415) 358-8154 |
| | Attorney for Plaintiff GERALD PRENDERGAST |
| 5 | |
| | EDWARD J. RODZEWICH (SBN: 159466) Edward.rodzewich@farmersinsurance.com |
| 6 | VALERIAN, PATTERSON & STRATMAN |
| | 1650 Harbor Bay Parkway, Suite 100 |
| 7 | Alameda, CA 94502-3013 |
| | Telephone: (510) 521-0612 |
| 8 | Facsimile: (510) 337-0125 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD PRENDERGAST, | CASE NO. C08-3046 EMC |
| Plaintiff, | STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE ; ORDER |
| v. | |
| TRINITY MANAGEMENT SERVICES, ANGELO SANGIACOMO, YVONNE F. SANGIACOMO ANGELO SANGIACOMO and YVONNE F. SANGIACOMO as Trustees of the SANGIACOMO FAMILY TRUST, and DOES ONE through TEN | |
| Defendants. | |

---

STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE
*Prendergast v. Trinity Management Services*, Case No.: C08-3046 EMC

The parties in the above-captioned action have entered into a settlement agreement, the terms of which have been read into the record and executed in writing. Therefore, the parties stipulate to the dismissal of this action with prejudice. Each party is to bear its own costs and fees.

Dated: January 21, 2009

LIBERSON & WOLFORD LLP

By: _____
JOEL K. LIBERSON
JASON N. WOLFORD
Attorneys for Plaintiff

Dated: January __, 2009

VALERIAN, PATTERSON & STRATMAN

By: _____
EDWARD J. RODZEWICH
Attorneys for Defendants

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge
Dated: 1/21/09

-1-
STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE
*Prendergast v. Trinity Management Services*, Case No.: C08-3046 EMC